1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Duque-Medina

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )   CASE NO. 08MJ0737
                                     )
11            Plaintiff,             )
                                     )
12 v.                               )
                                     )   **NOTICE OF APPEARANCE**
13 DANIEL DUQUE-MEDINA,              )
                                     )
14                                   )
              Defendant.             )
15                                   )
                                     )
16 _____ )

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

                                     Respectfully submitted,
20

21
   Dated:  March 12, 2008              /s/ STEPHEN D. DEMIK
22                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                     Stephen_Demik@fd.org

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  March 12, 2008                    /s/ STEPHEN D. DEMIK
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA  92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          Stephen_Demik@fd.org (email)