AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| DANIEL DUQUE-MEDINA | CASE NUMBER: 08CR1043-JLS |

I, <u>DANIEL DUQUE-MEDINA</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  3 Apr 2008  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Daniel Duque_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER